Date: 06/21/10  *RECP #150486*  Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-18574 - PASTER, FRANCES L.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| COLUMBIA GAS OF OHIO<br>200 CIVIC CENTER DRIVE, 11TH FLOOR<br>COLUMBUS, OHIO 43215<br>  Unsecured Distribution<br>  #17368486 001 1 | 000002<br>*1005* | 64.61 | 3.05<br>*CK # 1005* |
| NovaCare Rehabilitation Inc<br>Select Medical Corp<br>c/o Courtney Smith<br>4714 Gettysburg Rd<br>Mechanicsburg, PA 17055<br>  Unsecured Distribution<br>  #9124 | 000004<br>*1007* | 45.26 | 2.14<br>*CK # 1007* |

---------- Remittance Total ---------------            109.87        5.19

*/s/ Waldemar J. Wojcik/*
Waldemar J. Wojcik, Trustee

FILED 2010 JUN 22 PM 1:37 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND